Kevin MacMurray Esq.,
MacMurray & Associates LLC
Two Center Plaza Suite 605
Boston MA 02108
(617) 742 8161
BBO# 558192

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JOSE ADELMO MENDEZ HERNANDEZ,

Petitioner-Plaintiff,

v.

DAVID WESLING, Field Office Director of ICE ERO in the Boston Field Office; PATRICIA HYDE, Acting Field Office Director; TODD LYONS, Acting Director, U.S. Immigrations and Customs Enforcement; TOD BLANCHE, Acting U.S. Attorney General; and MARK WAYNE MULLEN, U.S. Secretary of Homeland Security,

Respondents-Defendants.

Case No. 1:26-cv-11781-FDS

PETITIONER'S STATUS UPDATE

Petitioner, through undersigned counsel, respectfully submits this status update to inform the Court that on May 5, 2026, the Immigration Judge granted Petitioner bond in the amount of $4,000. A copy of the Immigration Judge's bond order is attached hereto as Exhibit A.

Petitioner submits this update so that the Court is aware of the current procedural posture of the underlying immigration custody proceedings. Petitioner respectfully requests that the Court take this status update into consideration in adjudicating the pending habeas petition and any related requests for relief.

Respectfully submitted,

ss// *Kevin MacMurray*

Kevin MacMurray
BBO#558192
MacMurray & Associates, LLC
Two Center Plaza, Suite 605
Boston, MA 02108
kpm@macmurrayassociates.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be served on counsel for all parties through the Court's CM/ECF system.

Dated this 06 day of May, 2026.

*/s/ Kevin MacMurray*
Kevin MacMurray