**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

Respondent Name:
MENDEZ-HERNANDEZ, JOSE ADELMO

To:
MacMurray, Kevin Patrick
2 center plaza suite 605
Sixth Floor
Boston, MA 02108

A-Number:
201-898-624

Riders:
In Custody Redetermination Proceedings

Date:
05/05/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☑ released from custody under bond of $ 4,000.00
- ☑ other:

  The Respondent is hereby warned of his obligation to file Form EOIR-33 whenever he changes his address during the pendency of this proceeding. The Respondent is also warned of his obligation to attend the hearings at the time and place designated by the immigration court. The Respondent's failure to attend any hearing scheduled by the immigration court may result in a removal order entered in his absence. Finally, the Respondent must learn and comply with the laws of the United States and the state of Respondent's residence.

☑ Other:
The Court held a bond hearing pursuant to a habeas order from a U.S. District Court.

Immigration Judge: Le, Huy 05/05/2026

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☐ | waived | ☑ | reserved |
| | Respondent: | ☑ | waived | ☐ | reserved |
| Appeal Due: | 06/04/2026 | | | | |

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : MENDEZ-HERNANDEZ, JOSE ADELMO | A-Number : 201-898-624

Riders:

Date: 05/05/2026 By: Ripley, Duane, Court Staff