**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSE ADELMO MENDEZ HERNANDEZ,<br><br>Petitioner,<br>v.<br><br>DAVID WESLING, et al.,<br><br>Respondents. | Civil Action No. 1:26-cv-11781-FDS |

**MOTION FOR EXTENSION OF TIME**

Now come the Respondents, by and through undersigned counsel, and hereby respectfully request additional time to file a response to Petitioner's Motion for Attorney Fees. *See* ECF No. 9. Following receipt of the Motion, the Court has not set a deadline. An additional review of the petition and all related documents needs to be conducted. The undersigned counsel also needs to contact agency counsel for Immigration and Customs Enforcement ("ICE") to discuss this matter and receive additional pertinent information. Given the review necessary for the Petitioner's case coupled with the extremely high volume of responses due in Federal Court, the Respondents seeks an extension of time to July 16, 2026.

Dated: July 2, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Vincent Engingro III*
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Vincent Engingro III, Special Assistant United States Attorney certify that, I spoke to Petitioner's counsel on July 2, 2026, seeking his position on this Motion. Petitioner's counsel takes no position on the motion.

Dated: July 2, 2026

By: */s/ Vincent Engingro III*
Vincent Engingro III
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: July 2, 2026

By: */s/ Vincent Engingro III*
Special Assistant United States Attorney