UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Jose Adelmo Mendez Hernandez,

v. **CIVIL ACTION NO.** 1:26-cv-11781-FDS

David Wesling et al

**ORDER OF DISMISSAL**

Saylor, D.J.

In light of previously given habeas relief, D. 7, this matter shall be closed.

October 8, 2026

/s/Caetlin McManus
Deputy Clerk